AUG -5 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:09cr22 KS-MTP

RODERICK R. EDWARDS   21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

That on or about April 3, 2008, in Forrest County, in the Hattiesburg Division of the Southern District of Mississippi and elsewhere, the defendant, **RODERICK R. EDWARDS**, aided and abetted by others both known and unknown to the Grand Jury, did knowingly possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II(a) narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of the offense specified above, the defendant, **RODERICK R. EDWARDS**, shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation and any and all of the property of the said defendant used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

Further, if any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty,

then it is the intent of the United States, pursuant to Section 853(p), Title 21, United States Code, to seek a judgment of forfeiture of any other property of said defendant up to the value of the forfeitable property described in this indictment or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

*[signature]*
STAN HARRIS
Acting United States Attorney

A TRUE BILL:

\_s/ signature redacted\_
Foreperson of the Grand Jury