PROB 12C
(01/12)

# United States District Court
## for the
## Southern District of Mississippi
### Petition for Warrant or Summons for Offender Under Supervision



FILED FEB 10 2014 ARTHUR JOHNSTON BY _____ DEPUTY

Name of Offender: Roderick R. Edwards                    Docket No. *2:09cr22KS-MTP*-001

Name of Sentencing Judicial Officer: Honorable Keith Starrett

Date of Original Sentence: May 19. 2010

Original Offense: Possession with Intent to Distribute More than 50 Grams of Crack Cocaine

Original Sentence: 36 months imprisonment to be followed by 60 months supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: 04/19/2012

Assistant U.S. Attorney: Stan Harris

Defense Attorney: None appointed to-date

---

### PETITIONING THE COURT

This information to be released to U.S. Marshal Service, U.S. Attorney's Office and U.S. Probation only.

☒ **To issue a warrant**

☐ **To issue a summons**

| **Violation Number** | **Nature of Non-Compliance** |
|---|---|
| 1) Mandatory Condition | **The Defendant shall not commit another federal, state or local crime.** |
| | On January 23, 2014, Roderick Edwards was Indicted by the Eastern Division of the Southern District of Mississippi. Count 1 of the Indictment charges Edwards with Conspiracy to Possess with Intent to Distribute Cocaine Hydrochloride. Count 2 charges Edwards with Possession with Intent to Distribute Cocaine Hydrochloride and Count 3 charges Edwards with Possession with Intent to Distribute 500 grams or more of cocaine Hydrochloride. |

*PACTS: Petition for Warrant or Summons / 12C*

MSS Prob 12C                                              Petition for Warrant or Summons
                                                          For Offender Under Supervision

Name of Offender:   Edwards, Roderick, R.            Case Number:  . 2:09cr22KS-MTP-001

2) Standard Condition # 7      **The Defendant shall refrain from the Possession of any Controlled Substance.**

   In lieu of Edwards being Charged with Conspiracy to Possess with Intent to Distribute Cocaine Hydrochloride along with Possession with Intent to Distribute Cocaine Hydrochloride, Edwards is in violation of Standard Condition # 7.

3) Standard Condition # 8      **The Defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.**

   In Lieu of Edwards being charged with Conspiracy to Possess with Intent to Distribute Cocaine Hydrochloride along with Possession with Intent to Distribute Cocaine Hydrochloride, Edwards is in violation of Standard Condition # 8

Reviewed and Approved:                    Respectfully submitted,

Supervisory U.S. Probation Officer        U.S. Probation Officer

                                          Date:  February 6, 2014

Name of AUSA Notified:    Stan Harris

MSS Prob 12C                                              Petition for Warrant or Summons
                                                              For Offender Under Supervision

Name of Offender:   Edwards, Roderick, R.            Case Number:  . 2:09cr22KS-MTP-001

# THE COURT ORDERS:

☐   No Action
☒   Issue an arrest warrant
☐   Issue a Summons for Hearing on_____
☐   Other

_[signature]_

Signature of Judicial
Officer/Date

2-7-2014