# UNITED STATES DISTRICT COURT

Southern District of Mississippi

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RODERICK EDWARDS | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.   2:09cr22 KS-MTP-001<br>USM No.   10196-043<br>Clarence Guthrie<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   Mandatory, Standard   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | On 1/23/14, Roderick Edwards was indicted by the Southern District of MS, Eastern Division. Count 1 of the Indictment charges Edwards with Conspiracy to Possess with Intent to Distribute Cocaine Hydrochloride. Count 2 charges Edwards | 01/23/2014 |

   The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8564

Defendant's Year of Birth:   1983

City and State of Defendant's Residence:
Petal, Mississippi

06/19/2014
Date of Imposition of Judgment

/s/ Keith Starrett
Signature of Judge

Keith Starrett   U.S. District Judge
Name and Title of Judge

6-23-2014
Date

DEFENDANT: RODERICK EDWARDS
CASE NUMBER: 2:09cr22 KS-MTP-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | with Possession with Intent to Distribut Cocaine Hydrochloride and Count 3 charges Edwards with Possession with Intent to Distribute 500 grams or more of Cocaine Hydrochloride. | |
| Standard Condition #7 | In lieu of Edwards being charged with Conspiracy to Possess with Intent to Distribute Cocaine Hydrochloride along with Possession with Intent to Distribute Cocaine Hydrochloride, Edwards is in violation of Standard Condition #7. | |
| Standard Condition #8 | In lieu of Edwards being charged with Conspiracy to Possess with Intent to Distribute Cocaine Hydrochloride along with Possession with Intent to Distribute Cocaine Hydrochloride, Edwards is in violation of Standard Condition #8. | |

Judgment — Page 3 of 3

DEFENDANT: RODERICK EDWARDS
CASE NUMBER: 2:09cr22 KS-MTP-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

    60 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

                                                UNITED STATES MARSHAL

By _____
                                        DEPUTY UNITED STATES MARSHAL